**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
EDSEL A. CARDENAS,              )    No.  EDCV 13-1413-CW
                                )
                                )
           Plaintiff,           )    JUDGMENT
                                )
      v.                        )
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner, Social Security   )
Administration,                 )
                                )
           Defendant.           )
_____)
```

**IT IS ADJUDGED** that the decision of the Commissioner is reversed, and this action is remanded to defendant for payment of benefits.


DATED: May 21, 2014


_____
                    CARLA M. WOEHRLE
            United States Magistrate Judge